UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 9-12-DLB-2

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.              **ORDER ADOPTING REPORT & RECOMMENDATION**

STEPHEN K. BROCK                                                                              DEFENDANT

*** *** *** ***

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of fifteen (15) months incarceration, with no supervised release to follow. (Doc. # 163). During the final revocation hearing conducted by Magistrate Judge Edward B. Atkins on August 16, 2012, Defendant stipulated to Violations 1 and 2 in the July 27, 2012 Supervised Release Violation Report (Doc. # 153). The parties also jointly recommended a sentence of fifteen (15) months with no supervised release to follow.

Defendant having executed a waiver of his right to allocution (Doc. # 161), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 163) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **FIFTEEN (15) MONTHS**, with no supervised release to follow;

(5)     A Judgment shall be entered contemporaneously herewith.

This 11th day of September, 2012.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2009\09-12-2 Order adopting RR on SRV.wpd